NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CHARLES BRUCE FERGUSON, *Petitioner*.

No. 1 CA-CR 21-0565 PRPC
FILED 7-26-2022

Petition for Review from the Superior Court in Maricopa County
No. CR2015-002242-002
No. CR2008-009219-001
The Honorable Scott Sebastian Minder, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Charles Bruce Ferguson, Kingman
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Brian Y. Furuya, Judge Jennifer B. Campbell, and Judge Paul J. McMurdie delivered the following decision.

---

**PER CURIAM**:

**¶1**        Petitioner Charles Bruce Ferguson seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Ferguson's second petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find the petitioner has not established an abuse of discretion.

**¶4**        We grant review but deny relief.

